```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON


DENNIS PERRYMAN,                          2:14-CV-00719-TC

          Plaintiff,                      ORDER

v.

COLLETTE PETERS, et al.,

          Defendants.
```

BROWN, Judge.

     Magistrate Judge Thomas M. Coffin issued Findings and Recommendation (#88) on August 4, 2016, in which he recommends this Court grant Defendants' Motion (#48) for Summary Judgment and dismiss this matter.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Coffin's Findings and Recommendation (#88). Accordingly, the Court **GRANTS** Defendants' Motion (#48) for Summary Judgment and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 15th day of September, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER